UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RIVERA,<br><br>              Petitioner,<br><br>      v.<br><br>WARDEN, KERN VALLEY STATE PRISON,<br><br>              Respondent. | Case No.: 1:25-cv-00900-SKO (HC)<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO SEAL AND SEALING DOCUMENTS<br><br>[Doc. 12] |

For good cause shown, IT IS HEREBY ORDERED THAT Respondent's Request to Seal Documents is hereby GRANTED. The following documents shall be maintained under seal: McLain Report; Leite Report; Rassti Report; Appellant's Opening Brief; Respondent's Brief; and Respondent's Answer.

IT IS SO ORDERED.

Dated:  **September 12, 2025**               /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE

1